# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAROLYN JEAN CONBOY, D.O.,

        Plaintiff,

vs.

WYNN LAS VEGAS, LLC *et al.*,

        Defendants.

Case No.  2:11-cv-01649-JCM-CWH

**ORDER**

This matter is before the Court on Defendant Wynn Las Vegas' Notice of Change of Counsel and Request for Removal from Service List (#25), filed on February 15, 2012.  Attorney Scott Van Alfen is no longer associated with the law firm of Wilson, Elser, Moskoqitz, Edelman & Dicker, who represent Defendant in this matter.  Thus, current counsel of record Kym Samuel Cushing requests that Mr. Van Alfen be removed from the above-styled action and that he no longer receive notices in this matter.[1]  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Notice of Change of Counsel and Request for Removal from Service List (#25) is **granted**.  Attorney Scott Van Alfen shall no longer receive notices in this matter.

DATED this 16th day of February, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge

---

[1] This request is also made by Attorney Dale K. Kleven, however, Mr. Kleven has not entered an appearance in this case.