UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAROLYN JEAN CONBOY, D.O., )
                              )
       Plaintiff, )    Case No.  2:11-cv-01649-JCM-CWH
                              )
vs. )
                              )
                              )
WYNN LAS VEGAS, LLC *et al.*, )    **ORDER**
                              )
       Defendants. )

       This matter is before the Court on Defendants Tammy Rogers and Wynn Las Vegas' Notice of Change of Counsel and Request for Removal from Service List (#65), filed on April 25, 2012. Defendants have advised the Court that attorney Dale K. Kleven is no longer attorney of record in this matter. Thus, current counsel of record Kym Samuel Cushing and Jorge A. Ramirez request that Mr. Kleven be removed from the above-styled action and that he no longer receive notices in this matter.[1] Accordingly,

       **IT IS HEREBY ORDERED** that Defendants' Notice of Change of Counsel and Request for Removal from Service List (#65) is **granted**. Attorney Dale K. Kleven shall no longer receive notices in this matter.

       DATED this 26th day of April, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge

---

[1] This request is also made by Attorney Reuben A. Cawley, however, Mr. Cawley has not entered an appearance in this case.