UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN JEAN CONBOY, D.O.,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, dba ENCORE AT WYNN LAS VEGAS, et al.,<br><br>Defendants. | 2:11-CV-1649 JCM (CWH) |

**ORDER**

Presently before the court is defendant Wynn Las Vegas, LLC dba Encore at the Wynn Las Vegas' motion for partial summary judgment. (Doc. #62).

In a summary judgment motion, the moving party bears the burden of informing the court of the basis for its motion, together with evidence demonstrating the absence of any genuine issue of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). "A trial court can only consider admissible evidence in ruling on a motion for summary judgment." *Orr v. Bank of America*, 285 F.3d 764, 773 (9th Cir. 2002). "Authentication is a condition precedent to admissibility . . . ." *Id.* (internal citations omitted). Unauthenticated documents "cannot be considered in a motion for summary judgment." *Id.*

In the case at bar, the moving party has not authenticated the evidence supporting its motion for summary judgment. (*See* Doc. #62). Without properly authenticated supporting evidence, the

**James C. Mahan**
**U.S. District Judge**

1  court cannot consider the instant motion for summary judgment. *See Orr*, 285 F.3d at 773.

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Wynn Las

4  Vegas, LLC dba Encore at the Wynn Las Vegas' motion for partial summary judgment (doc. #62)

5  be, and the same hereby is, DENIED.

6  DATED May 2, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**