**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN JEAN CONBOY, D.O., <br><br> Plaintiff, <br><br> v. <br><br> WYNN LAS VEGAS, LLC, dba ENCORE AT WYNN LAS VEGAS, et al., <br><br> Defendants. | 2:11-CV-1649 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff Carolyn Jean Conboy, D.O.'s motion for leave to file under seal exhibits 17 and 19 to Conboy's response to defendant Wynn Las Vegas, LLC et al.'s motion for summary judgment. (Doc. # 111). The motion has been filed pursuant to Local Rule 10-5(b), which requires that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal."

The documents that plaintiff seeks to file under seal are plaintiff's detailed gambling records (ex. 17) and the Wynn Security Manual (ex. 19). (Doc. # 111, 2:22-25). Plaintiff states that these documents have been classified as confidential by defendants pursuant to Magistrate Judge Hoffman's court order (doc. # 81). (Doc. # 111, 2:18-21).

. . .

. . .

1     Good cause appearing,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for leave
3  to file under seal exhibits 17 and 19 to Conboy's response to defendants' motion for summary
4  judgment (doc. # 111) be, and the same hereby is, GRANTED.

5     DATED August 29, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -