1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

| CAROLYN JEAN CONBOY, D.O., | 2:11-CV-1649 JCM (CWH) |

9             Plaintiff,

10  v.

11  WYNN LAS VEGAS, LLC, dba
12  ENCORE AT WYNN LAS VEGAS, et
    al.,
13
14             Defendants.

15

16                              **ORDER**

17          Presently before the court is the matter of *Conboy, D.O. v. Wynn Las Vegas, LLC* (Case No.

18  2:11-cv-01649-JCM-CWH). This matter is currently scheduled on the March 11, 2013, trial stack.

19          The parties have filed over 250 pages of motions in limine and respective responses,

20  excluding exhibits. (*See* docs. # 127–139, # 141-143, # 145-149).  To properly address these pending

21  motions, to the extent appropriate before trial, the court vacates the March 6, 2013, calendar call and

22  March 11, 2013, trial date.

23          Accordingly,

24          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED this matter be set for the April

25  22, 2013, trial stack.

26  . . .

27  . . .

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that counsel for all parties shall appear for calendar call on

2  April 17, 2013, at 1:30 p.m.

3    DATED February 28, 2013.

4

5    _____

6  **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**