THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CAROLYN JEAN CONBOY, D.O.,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC., et al.,<br>　　　　　　Defendants. | 2:11-cv-1649-JCM-CWH<br><br>MINUTES OF THE COURT<br><br>DATED: March 24, 2014 |

THE HONORABLE   **JAMES C. MAHAN**          UNITED STATES DISTRICT JUDGE

DEPUTY CLERK    DAVID OAKES        COURT REPORTER   KATHY EISMANN

COUNSEL FOR PLAINTIFF:   Robert Nersesian, Thea Sankiewicz

COUNSEL FOR DEFENDANT:   Kym Cushing, Reuben Cawley

MINUTES OF PROCEEDINGS: Jury Trial Day One

The Court convenes at 9:25 a.m.

The Court addressed the Thirty-three prospective jurors.   The Clerk is directed to administer the oath.

Thirty-three prospective jurors are called and *voir dire* is conducted from 9:35 a.m., to 10:50 a.m. Peremptories are made and the following eight jurors are selected and sworn:   **REDACTED**

Court recessed at 10:50 a.m.   Jury was admonished and excused.

Court reconvened at 11:00 a.m., outside the presence of the jury to address defendant's motion **(#217)**. **Court granted in part and denied in part.**   *(See reporters transcript for details)*.

Court recessed at 11:05 a.m.

Court reconvened at 11:10 a.m., in the presence of the jury.  Parties stipulated to their presence.

Opening statements are made by Ms. Sankiewicz on behalf of the plaintiff from 11:15 a.m, to 11:35 a.m.

Opening statements are made by Mr. Cushing on behalf of the defendant's from 11:35 a.m., to 12:00 p.m.

**Carolyn Jean Conboy, D.O. vs. Wynn Las Vegas, LLC, et al.,**
**2:11-cv-1649-JCM-CWH**
**Jury Trial Day (1)** **Page 2**

Court recessed for lunch from 12:00 p.m., to 1:30 p.m.   Jury was admonished and excused.

Court reconvened at 1:35 p.m., in the presence of the jury.  Parties stipulated to their presence.

**Mr. Nersesian requested plaintiff's exhibits 1 through 63 be admitted into evidence.   The court granted that request and ordered plaintiff's exhibits 1 through 63 be admitted into evidence.**

**JOHN ROBERT KRAWIEC**, is called to the stand, sworn and testified on direct examination by Ms. Sankiewicz, *defendant's exhibit #525 is marked and admitted into evidence,* cross examination by Mr. Cushing.   (The deposition of John Krawiec is published in open court).   *Defendant's exhibit #503AF, is marked and admitted into evidence,* re-direct examination by Ms. Sankiewicz, then is excused.

**CAROLYN CONBOY D.O.**, is called to the stand, sworn and testified on direct examination by Ms. Sankiewicz, *defendant's exhibit #518 is marked and admitted into evidence.*

Court recessed at 2:55 p.m., to 3:10 p.m.   Jury as admonished and excused.

Court reconvened at 3:10 p.m., in the presence of the jury.  Parties stipulated to their presence.

**CAROLYN CONBOY D.O.,** having previously been sworn, resumed the stand and testified further on direct examination by Ms. Sankiewicz, *defendant's exhibit #560 A-J are marked and admitted into evidence, plaintiff's exhibits #86, #87 are marked and admitted into evidence,* cross examination by Mr. Cushing, re-direct examination by Ms. Sankiewicz, then is excused.

**TAMMY ROGERS-HAN**, is called to the stand, sworn and testified on direct examination by Mr. Nersesian, cross examination by Mr. Cushing, re-direct examination by Mr. Nersesian, then is excused.

The jury is admonished and excused at 4:45 p.m.

**IT IS HEREBY ORDERED**, the civil jury trial in this matter shall continue to **Tuesday, March 25, 2014 at 9:00 a.m.**

Court adjourned at 4:50 p.m.

**LANCE S. WILSON, CLERK**
**U.S. DISTRICT COURT**

BY:              /S/
David Oakes, Deputy Clerk