# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Carolyn Jean Conboy, D.O

Plaintiff,

V.

Wynn Las Vegas, LLC, et al.,

Defendants,

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:11-cv-01649-JCM -CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants Wynn Las Vegas, LLC and Tammy Rogers are Granted Attorney Fees and Costs as follows: $24,033.40 in total costs and $330,870.00 in attorney's fees.

August 18, 2014
Date

/s/ Lance S. Wilson
Clerk

/s/ Shelly Denson
(By) Deputy Clerk