**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAROLYN JEAN CONBOY, D.O., )
                                        )
            Plaintiff, )           Case No. 2:11-cv-01649-JCM-CWH
                                          )
vs.                                      )           **AMENDED ORDER**
                                          )
WYNN LAS VEGAS, LLC, *et al.*, )
                                        )
           Defendants. )
_____ )

      This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (#253), filed August 26, 2014.  The Court's prior order on this particular motion was entered in error.  To the extent the motion is necessary, it does comply with Local Rule IA 10-6(b), which states that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  All necessary parties, including the affected client, were given notice of the motion.   Accordingly,

      **IT IS HEREBY ORDERED** that the Court's Order (#254) is **withdrawn**.  Plaintiff's counsel's Motion to Withdraw (#253) is **granted**.

      DATED: August 28, 2014.


_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**